IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis Sr, Steven

Printed: 1/29/08

Case Number: 07 B 07133
Judge: Goldgar, A. Benjamin
Filed: 4/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,108.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,460.00 |
| Trustee Fee: |  | 83.34 |
| Other Funds: |  | 565.16 |
| Totals: | 2,108.50 | 2,108.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert V Schaller | Administrative | 1,460.00 | 1,460.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Turner Acceptance Corporation | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 5,000.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Secured | 572.00 | 0.00 |
| 6. | Internal Revenue Service | Secured | 2,000.00 | 0.00 |
| 7. | City Of Chicago | Secured | 241.00 | 0.00 |
| 8. | America's Servicing Co | Secured | 15,273.73 | 0.00 |
| 9. | Illinois Dept Of Employment Sec | Unsecured | 115.30 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 34.27 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 232.78 | 0.00 |
| 12. | South Shore Hospital | Unsecured | 7.50 | 0.00 |
| 13. | Internal Revenue Service | Priority |  | No Claim Filed |
| 14. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 15. | Associated Creditor Exchange | Unsecured |  | No Claim Filed |
| 16. | Chase | Unsecured |  | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 18. | Premier Credit | Unsecured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 20. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 21. | Fairlane Credit L.L.C. | Unsecured |  | No Claim Filed |
| 22. | Homeside Lending Inc | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 24. | AOL | Unsecured |  | No Claim Filed |
| 25. | Provident Hospital | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lewis Sr, Steven | | Case Number: 07 B 07133 |
|---|---|---|---|
| | | | Judge: Goldgar, A. Benjamin |
| | Printed: 1/29/08 | | Filed: 4/20/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Medical Collections | Unsecured | | No Claim Filed |
| 27. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 28. | South Shore Emergency Physicians | Unsecured | | No Claim Filed |
| 29. | Midwest Diagnostic Pathology, SC | Unsecured | | No Claim Filed |
| 30. | Sallie Mae | Unsecured | | No Claim Filed |
| 31. | Sprint PCS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 24,936.58 | $ 1,460.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 83.34 |
| | _____ |
| | $ 83.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____